CHRISTOPHER KENNERLY (SB# 255932)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, California  94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

ELIZABETH L. BRANN (SB# 222873)
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
12th Floor
San Diego, California  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

ROBERT LAURENZI (SB# 3024676) (*pro hac vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Attorneys for Defendants
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL TECHNOLOGIES & SYSTEMS CORPORATION, d/b/a/ ID TECH.,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 8:17-CV-01748-DOC-JDE<br><br>**SAMSUNG'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>Date:    June 3, 2019<br>Time:    8:30 a.m.<br>Courtroom:    9D<br><br>Hon. David O. Carter |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on June 3, 2019, at 8:30 a.m. or at such date and time as the Court may establish, Defendants Samsung Electronics Co., Ltd., ("SEC") and Samsung Electronics America, Inc., ("SEA") (collectively "Samsung"), will and hereby move pursuant to Fed. R. Civ. P. 16(b) and 15(a)(2) for an Order Modifying the Scheduling Order and permitting Samsung to file a First Amended Answer ("Amended Answer") to ID Tech's Second Amended Complaint.

As set forth in the Memorandum in Support, in March 2019 as a result of fact discovery in this case, Samsung first learned of and confirmed key facts that support Samsung's previously pleaded affirmative defenses. Samsung seeks to amend its answer to allege with factual particularity that ID Tech's claim for relief is barred by the doctrine of equitable estoppel, or in the alternative, is limited by the doctrines of implied license and unclean hands.

Samsung also learned through discovery in March 2019, that one or more named inventors of the patent-in-suit did not contribute to the claimed invention and were improperly named, causing the patent to be invalid and unenforceable under at least 35 U.S.C. § 102(f). Based on intentional misrepresentations to the U.S. Patent and Trademark Office by one or more named inventors, Samsung's Amended Answer adds an inequitable conduct defense and alleges with specificity that ID Tech's claim for patent infringement is thereby barred in its entirety.

Samsung's Motion for Leave is based on this Notice of Motion and Motion, including the attached Memorandum of Points and Authorities, [Proposed] First Amended Answer attached as Exhibit A to the Declaration of Christopher Kennerly ("Kennerly Decl."), the attached exhibits, the pleadings and papers on file with the Court, the arguments of counsel, and any other matters properly before the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 24, 2019.

DATED:  May 2, 2019

Respectfully submitted,

Christopher Kennerly
PAUL HASTINGS LLP

By: */s/ Christopher Kennerly*
Christopher Kennerly

Attorneys for Defendants
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.,